

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00345-CV

**PETER B. OLFERS AND ASSOCIATES**,
Appellant

v.

**CHANCELLOR CONSTRUCTION, INC.**, et al.,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-04918
Honorable Barbara Hanson Nellermoe, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

Delivered and Filed:  June 4, 2014

DISMISSED

Appellant has filed a motion to dismiss this appeal, stating that the parties have reached an agreement to compromise and settle their differences.  A copy of the parties' agreement is attached to the motion.  The motion is granted, and the appeal is dismissed.  *See* TEX. R. APP. P. 42.1(a). Costs of the appeal are taxed against appellant.

PER CURIAM